# MAGISTRATE JUDGE MINUTE ORDER

DOCUMENTS UNDER SEAL: ☐

| MAGISTRATE JUDGE | DEPUTY CLERK | TOTAL TIME (mins): 7 Mins |
| --- | --- | --- |
| HON. WAYNE D. BRAZIL | Ivy L. Garcia | REPORTER/FTR: FTR: 9/14/07 10:59:53-11:06:09 |
| | DATE: 9/14/07 | NEW CASE: ☐  CASE NUMBER: CR-07-00578-DLJ |

## APPEARANCES

| DEFENDANT: RAYLYNN S. BROOKS | AGE | CUST: No | P/NP: P | ATTORNEY FOR DEFENDANT: Jerome Matthews | PD. ☒  RET. ☐ |
| --- | --- | --- | --- | --- | --- |
| U.S. ATTORNEY: W. Douglas Sprague | INTERPRETER: None | | | FIN. AFFT SUBMITTED: ☐ | APPT. ☐  COUNSEL APPT'D ☐ |
| PROBATION OFFICER: None | PRETRIAL SERVICES OFFICER: None | | | DEF ELIGIBLE FOR APPT'D COUNSEL: ☐ | PARTIAL PAYMENT OF CJA FEES: ☐ |

## PROCEEDINGS SCHEDULED TO OCCUR

| ☒ INITIAL APPEAR 3 Mins HELD | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS |
| --- | --- | --- | --- | --- |
| ☒ I.D. COUNSEL 1 Min HELD | ☒ ARRAIGNMENT 3 Mins HELD | ☐ BOND HEARING | ☐ INITIAL APPEAR REV PROB OR S/R | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | |

FILED SEP 14 2007 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND

## INITIAL APPEARANCE

| ☒ ADVISED OF RIGHTS ON 9/14/07 | ☒ ADVISED OF CHARGES ON 9/14/07 | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
| --- | --- | --- | --- |

## ARRAIGNMENT

| ☒ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☒ WAIVER OF INDICTMENT FILED |
| --- | --- | --- | --- |

## RELEASE

| ☒ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY: $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
| --- | --- | --- | --- | --- |

| PROPERTY TO BE POSTED | | | |
| --- | --- | --- | --- |
| ☐ CASH  $ | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ | |

| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |
| --- | --- | --- | --- | --- | --- |

ORDER REMOVED TO THE DISTRICT OF

## PLEA

| ☐ CONSENT ENTERED | ☒ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
| --- | --- | --- | --- |
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

## CONTINUANCE

| TO: 9/14/07 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ STATUS / TRIAL SET |
| --- | --- | --- | --- | --- |
| AT: 11:00 a.m. | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR ARRAIGN-MENT | ☒ CHANGE OF PLEA | ☐ OTHER |
| BEFORE HON. D. LOWELL JENSEN | ☐ DETENTION HEARING | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

## ADDITIONAL PROCEEDINGS

AFPD Jerome Matthews told Court that the deft. prev. submitted her financial affidavit form when she was a target of the Grand Jury investigation. Upon deft's submission of her affidavit, the Court found her eligible for a court apptd. counsel and AFPD Jerome Matthews was appointed by the Court as her counsel of record. The Court ordered that the deft. must report to the U.S. Marshal's Office for processing before she leaves the Oakland Federal Courthouse Bldg. this morning.

DOCUMENT NUMBER:

cc: WDB's Stats, Frances, Pretrial