# United States District Court

__Northern__ DISTRICT OF __California__

FILED
SEP 14 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES OF AMERICA

V.

RAYLYNN S. BROOKS

**WAIVER OF INDICTMENT**

CASE NUMBER: CR-07-00578 DLJ

I, __Raylynn Brooks__, the above named defendant, who is accused of __Violation of Title 18 U.S.C. Sec. 371 — Conspiracy to Commit Mail Fraud__

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __Sept. 14, 2007__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____  9-14-07
       Judicial Officer