10 AM
11:30
11:44 AM
E-FILING CASE
(RELATED TO CR-06-0146-DLJ)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CRIMINAL PRETRIAL MINUTE ORDER

**FILED**
SEP 14 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Date: **9/14/07**

Case No: CR-**07-00578-DLJ**       Judge: D. Lowell Jensen

Reporter: **RAYNEE MERCADO**       Clerk: Frances Stone

Defendant(s):                      Defense Counsel:

**RAYLYNN S. BROOKS**  Present? **Yes**  In Custody? **N**   **JEROME MATTHEWS**

US Attorney:  **DOUG SPRAGUE**    Interpreter:              US Probation Officer:

Reason for Hearing:                 Ruling:
**CHANGE OF PLEA**                  — **HELD**
**GUILTY PLEA TO COUNT ONE OF THE INFORMATION**
**PLEA IS WITH CONSENT OF COUNSEL, PLEA IS**
**ACCEPTED AND ENTERED.**

Notes:

Case continued to: **10/19/07 AT 10:00A"** for **SENTENCING**
Case continued to: _____ for _____
Case continued to: _____ for _____
   Motions to be filed by _____ ; Opposition due _____
Case continued to: _____ for Pretrial Conference
Case continued to: _____ for Trial

Excludable Delay: Category: _____ Begins: _____ Ends: _____

**CC: PROBATION**