E-Filing Case

**FILED**

SEP 1 4 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case Number       CR-07-00578-01-DLJ
Defendant's Name  RAYLYNN S. BROOKS
Defendant's Counsel  Jerome Matthews
Due Date          10/19/07 AT 10:4am
                  1  Courtroom        Floor  4th

---NOTICE TO DEFENSE COUNSEL---

The Court has directed that a:
✓ CRIMINAL HISTORY ONLY
~~xx~~ Presentence Investigation
___ Bail Investigation
___ Bail Supervision
___ Postsentence Investigation
___ 4244

be conducted on the above-named defendant. So that the investigation/supervision can be completed promptly, please go to the **Probation Office,** before leaving the Courthouse today to make the necessary arrangements.

RICHARD W. WIEKING, CLERK

cc to Counsel ✓
cc to Probation ✓        by: _____
                         Frances Stone , Deputy Clerk

Dated:    9/14/07

**US PROBATION OFFICE**
Is defendant in custody?   Yes or No
Is defendant English speaking? Yes or No [Interpreter:_____]
Defendant's address: _____