1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  W. DOUGLAS SPRAGUE (CSBN 202121)
   Assistant United States Attorney
5
   1301 Clay Street; Suite 340-S
6  Oakland, California 94612
   Telephone:      (510) 637-3771
7  Fax:            (510) 637-3724

8  Attorneys for the United States of America

9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                        OAKLAND DIVISION

13
   UNITED STATES OF AMERICA,           )
14                                     )
              Plaintiff,               )   No. CR 06-00146 DLJ
15                                     )
         v.                            )   GOVERNMENT'S SENTENCING
16                                     )   MEMORANDUM
   JOSE RAMIREZ,                       )
17                                     )   DATE:   October 19, 2007
              Defendant.               )   TIME:   10:00 a.m.
18                                     )

19 UNITED STATES OF AMERICA,           )
                                       )
20            Plaintiff,               )   No. CR 07-00578 DLJ
                                       )
21       v.                            )   GOVERNMENT'S SENTENCING
                                       )   MEMORANDUM
22 RAYLYNN S. BROOKS,                  )
                                       )   DATE:   October 19, 2007
23            Defendant.               )   TIME:   10:00 a.m.
                                       )
24

25       For the reasons set forth below, the government respectfully requests that the Court

26 accept the respective proposed Rule 11(c)(1)(C) plea agreements and sentence defendant Jose

27 Ramirez to 18 months imprisonment, a fine of $5,000, 3 years of supervised release, and the

28 $100 mandatory special assessment, and sentence defendant Raylynn Brooks to 5 years of

GOVT.'S SENT. MEM. (Ramirez and Brooks);
CR 06-00146 DLJ and CR 07-00578 DLJ

1  probation and the mandatory special assessment of $100.

## Factual Background

In the summer of 2005, Jose Ramirez conspired with his wife, Raylynn Brooks, and others to obtain fraudulent driver licenses and other DMV documentation in exchange for cash bribes. Ramirez and Brooks assisted clients who were willing to pay approximately $1000 to obtain a fraudulent California driver license, identification card, or vehicle registration. After Ramirez and Brooks received bribes from these clients, they prepared materially false driver license applications for them, then delivered that paperwork to DMV employee Marla Robinson. Robinson then processed the clients' applications, causing temporary and then permanent driver licenses and identification cards and registration stickers to be mailed to the addresses provided by the clients. As Robinson, Ramirez, and Brooks knew, these clients had not followed and were not going to follow the appropriate legal requirements, such as taking and passing a written examination and driving examination, before obtaining the documents; in fact, these clients paid bribes to be able to circumvent such legal requirements.

During the investigation of this matter, several witnesses identified Ramirez as a broker who accepted cash and told clients how to get their false identification through the DMV. In addition, his cell phone records corroborated those witness accounts. In contrast, identifying Brooks as part of this scheme proved more difficult. A federal grand jury indicted Robinson and Ramirez in March 2006. Robinson pled guilty in December 2006. In April 2007, after the government filed a motion, this Court sentenced Robinson to one year and one day in prison. Subsequently, the government was in a position to charge Brooks; the government charged Brooks in an Information filed September 10, and she pled guilty on September 14 to terms negotiated before she was charged.

## The Presentence Investigations

The Presentence Investigation Report regarding Ramirez correctly reflects that his Total Offense Level is 13, and that his Criminal History Category is III, including a felony conviction for possession of narcotics for sale. The Modified Presentence Investigation Report (criminal history only) regarding Brooks reflects a series of misdemeanors, also resulting in a Criminal

GOVT.'S SENT. MEM. (Ramirez and Brooks);
CR 06-00146 DLJ and CR 07-00578 DLJ         2

1  History Category of III.

## The Government's Recommendations

After he was charged, Ramirez quickly agreed to plead guilty as part of a "package" agreement. Ramirez filed no motions and did not challenge the allegations in any manner. In light of his conduct and criminal history, a sentence at the low end of the applicable Guidelines range of imprisonment is reasonable and appropriate.

The government identified Brooks and her role in this scheme much later and through different means. Once the government had identified her alleged role, she, too, quickly agreed to plead guilty as part of the "package" agreement now before the Court. Though the proposed resolution for her is below the applicable Guidelines range of imprisonment, the government suggests it is reasonable and appropriate in light of the evidence concerning Brooks' involvement in this scheme and the resources reserved by her agreement to plead guilty to a felony Information without challenging the allegations against her in any manner.

## Conclusion

For these reasons and those set forth in the respective presentence reports, the government respectfully requests that the Court sentence defendant Jose Ramirez to 18 months imprisonment, a fine of $5,000, 3 years of supervised release, and the $100 mandatory special assessment, and sentence defendant Raylynn Brooks to 5 years of probation and the mandatory $100 special assessment.

DATED:   October 15, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

By /s/
W. DOUGLAS SPRAGUE
Assistant United States Attorney

GOVT.'S SENT. MEM. (Ramirez and Brooks);
CR 06-00146 DLJ and CR 07-00578 DLJ        3