```
 1  BARRY J. PORTMAN
    Federal Public Defender
 2  JEROME E. MATTHEWS
    Assistant Federal Public Defender
 3  555 - 12th Street
    Suite 650
 4  Oakland, CA 94607-3627
    Telephone: (510) 637-3500
 5
    Counsel for Defendant RAYLYNN BROOKS
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-07 00578 DLJ |
|---|---|---|
| Plaintiff, | ) ) | RAYLYNN BROOKS'S SENTENCING MEMORANDUM |
| vs. | ) ) | |
| RAYLYNN BROOKS, | ) ) | |
| Defendant. | ) ) | |

On October 15, 2007, Raylynn Brooks will stand before the Court for sentencing on a single count of conspiracy to commit mail fraud. The parties have attempted to accommodate the various directives of 18 U.S.C. § 3553(a) in reaching a disposition of this case, with special attention to Ms. Brooks's relative culpability in the offense conduct and her need to care for her two young children, ages two and five.

Ms. Brooks chose to forego litigation or interposing a defense to the charges, and accepted responsibility for her conduct immediately upon the filing of the information. She desires to put this unfortunate episode behind her and devote her energies to becoming and remaining a responsible parent.

For these reasons, Ms. Brooks joins the government in recommending that the Court

SENT MEMO                                       1

1 | sentence her to five years probation, in conformity with the plea agreement.

2

3 | Dated: October 15, 2007

                                                                Respectfully submitted,

                                                                BARRY J. PORTMAN
                                                                Federal Public Defender

                                                                         /S/

                                                               JEROME E. MATTHEWS
                                                               Assistant Federal Public Defender