11AM

11 AM - 1130 AM

E-FILING CASE

(RELATED TO 12 06 0014L-DLJ)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTE ORDER**

**FILED**

OCT 1 9 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Date: **10/19/2007**

Case No: CR - 07-00578-DLJ          Judge: D. Lowell Jensen

Reporter: DIANE SKILLMAN          Clerk: Frances Stone

Defendant(s):                                            Defense Counsel:

RAYLYNN S. BROOKS   Present? Y   In Custody? N    JEROME MATTHEWS

_____   Present? ___   In Custody? ___   _____

_____   Present? ___   In Custody? ___   _____

_____   Present? ___   In Custody? ___   _____

_____   Present? ___   In Custody? ___   _____

_____   Present? ___   In Custody? ___   _____

_____   Present? ___   In Custody? ___   _____

US Attorney:          Interpreter:          US Probation Officer:

DOUG SPRAGUE          _____          JESSICA GOLDSBERRY

Reason for Hearing:                    Ruling:

SENTENCING                    - HELD

COUNT 1: DEF IS PLACED ON PROBATION FOR FIVE (5) YEARS.
A $100 ASSESSMENT IS DUE IMMEDIATELY.
DEF WAIVES RIGHT TO APPEAL.

Notes: _____

_____

Case continued to: _____ for _____

Case continued to: _____ for _____

Case continued to: _____ for _____
    Motions to be filed by _____; Opposition due _____

Case continued to: _____ for Pretrial Conference

Case continued to: _____ for _____ Trial

Excludable Delay: Category: ___ Begins: _____ Ends: _____